```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JOHN CURTIS RICE,

                Plaintiff,

- against -

FAEC2FACE AFRICA LLC AND PANAGENIUS INC.

                Defendant,
-----------------------------------------------------------X

**ORDER**

23 Civ. 1975 (NSR)

Román, D.J.:

        The Court having been advised that all claims asserted herein have been settled in principle, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated:    White Plains, New York
           July 25, 2023

                                                                   Nelson S. Román, U.S.D.J.